## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Michael Duhon
Hunts Correctional Center DOC No. 741355
P O Box 174
St Gabriel, La  70776

<table>
<tr><td>Judgment on rehearing rendered and mailed to all parties or counsel of record on December 4, 2019</td></tr>
</table>

### REHEARING ACTION: December 4, 2019

**Docket Number: 19   00601-KH**

**STATE OF LOUISIANA
VERSUS
MICHAEL DUHON**

**Writ Application from Lafayette Parish Case No. 17-CR-164436**

**BEFORE JUDGES:**

   **Hon. John D. Saunders
   Hon. Phyllis M. Keaty
   Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Michael Duhon** is:

   **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal,
   Rule 2-18.7.

cc: Hon. Keith A. Stutes, Counsel for  the Respondent